COMMONWEALTH of Pennsylvania,
Appellee

v.

Hakim ROBINSON, Appellant.

Supreme Court of Pennsylvania.

May 10, 2004.

### ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

Justice NEWMAN did not participate in the consideration or decision of this case.

Charles BARNES, Petitioner

v.

WORKERS' COMPENSATION APPEAL BOARD (SPS TECHNOLOGIES), Respondent.

Supreme Court of Pennsylvania.

May 11, 2004.

### ORDER

PER CURIAM.

AND NOW, this 11th day of May, 2004, the Petition for Allowance of Appeal is hereby GRANTED. The order of the Commonwealth Court is VACATED and this matter is REMANDED to the Workers' Compensation Judge for issuance of an amended decision that complies with Section 422(a) of the Workers' Compensation Act, 77 P.S. § 834 and *Daniels v. Workers' Compensation Appeal Board (Tristate Transport)*, 574 Pa.61, 828 A.2d 1043 (2003).